**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| KENT DOWDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-2452 |
| | § | |
| | § | |
| COLLEGE OF THE MAINLAND, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

This case was filed on July 31, 2009. On November 17, 2009, this court entered an order continuing the Rule 16 Conference and requiring the plaintiff to file proof of service no later than December 4, 2009. The court's file does not reflect proof of service. Counsel for plaintiff must show cause why this case should not be dismissed no later than January 19, 2010.

SIGNED on January 4, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge